UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

MADURO DISTRIBUTORS, INC.,

Plaintiff,

v.

DAVID CASEY, Secretary of the Wisconsin Department of Revenue,

Defendant.

Case No. 3:26-cv-727-WMC

---

**MOTION FOR SUMMARY JUDGMENT**

---

Plaintiff Maduro Distributors, Inc. ("Maduro"), pursuant to Federal Rules of Civil Procedure 56 and 57, moves for summary judgment on its request for a declaratory judgment set forth in its First Amended Complaint.

As explained in the supporting brief filed herewith, the Wisconsin Department of Revenue has construed a provision of the Wisconsin Electronic Vaping Device Directory statute, Wisconsin Statutes § 995.15(9)(b), as allowing the State to punish Maduro, a Minnesota-based seller of electronic nicotine vaping devices without any presence in Wisconsin, through a $630,000 civil forfeiture for sales Maduro made to Wisconsin businesses before the electronic vaping device directory went into effect and for sales that Maduro made to businesses located outside of Wisconsin. The Department of Revenue's action has the effect of requiring Maduro to limit its sales *nationwide* to only the products that are on the Wisconsin directory. No disputed issues of material fact exist and Maduro is entitled to judgment as a matter of law that the Department of Revenue's forfeiture violates Maduro's due process rights under the Fourteenth Amendment, the dormant Commerce Clause, and the Excessive Fines Clause.

In support of its motion, Maduro relies on the brief filed herewith and the declarations and exhibits thereto filed as Exhibits 1 and 2 to the brief. In the event the Court grants the motion, Maduro intends to file a motion for its attorneys' fees and costs pursuant to 42 U.S.C. § 1988.

Dated: November 12, 2026.

Respectfully submitted,

Kendall W. Harrison, WI SBN: 1023438
Jenna L. Riddle, WI SBN: 1129373
**GODFREY & KAHN, S.C.**
One East Main Street, Suite 500
Madison, WI 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
kharrison@gklaw.com
jriddle@gklaw.com

____/s/ Eric N. Heyer__________
Eric N. Heyer
James C. Fraser
Ryan D. Callinan
THOMPSON HINE LLP
1999 K Street, NW, Suite 600
Washington, DC 20006
Phone: (202) 331-8800
Fax: (202) 331-8330
Eric.Heyer@ThompsonHine.com
James.Fraser@ThompsonHine.com
Ryan.Callinan@ThompsonHine.com

*Attorneys for Plaintiff Maduro Distributors, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November, 2026, I caused the foregoing to be electronically filed with the Clerk via the Court’s ECM/ECF system, and thereby to be electronically served on all counsel of record.

/s/ Eric N. Heyer